

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

August 13, 2012

**TO BE FILED UNDER SEAL**

**BY HAND DELIVERY**

# 12 CRIM 606

The Honorable Henry B. Pitman
United States Magistrate Judge
United States Courthouse
500 Pearl Street
New York, New York 10007

    Re:    **United States v. Rogelio Garcia**
           12 Cr. _____ (Sealed)

Dear Judge Pitman:

    On August 13, 2012, the above-referenced indictment was filed against the defendant Rogelio Garcia and was placed under seal together with an arrest warrant. We are hereby writing to request that Your Honor unseal the indictment and arrest warrant for the limited purpose of allowing the Government to share these materials with law enforcement officials in Austria, France, Mexico, and any other country necessary for the purpose of arresting the defendant. These materials will otherwise remain sealed, and this case should not be wheeled out.

                                Respectfully submitted,

                                PREET BHARARA
                                United States Attorney

            By:    _____
                       Jenna M. Dabbs
                       Assistant United States Attorney
                     (212) 637-2212

**SO ORDERED:**

_____
THE HONORABLE HENRY B. PITMAN
UNITED STATES MAGISTRATE JUDGE

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 8/13/12
```