UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------X
                                            :         12 Cr. 606 (DC)

*United States of America*       :

                                          :         **NOTICE OF ATTORNEY APPEARANCE**

   -v-

*Rogelio Garcia*                  :

------------------------------------------------------X

Please take notice that the undersigned, Louis V. Fasulo, Esq. hereby appears as counsel of record for the defendant ROJELIO GARCIA. The undersigned certifies that he admitted to practice in this Court.

Dated: December 3, 2012
        New York, New York

                                                      By:   Louis V. Fasulo, Esq. /s/
                                                             LVF 4175

                                                                    Louis V. Fasulo, Esq.
                                                                    225 Broadway – Suite 715
                                                                  New York, NY 10007
                                                                  loulegal@aol.com
                                                                  (212) 566-6212
                                                                  (212) 566-8165 (FAX)